# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 26, 2025

Lyle W. Cayce
Clerk

No. 25-60646

Ernesto Labrador Gutierrez,

*Petitioner*,

*versus*

Pamela Bondi, *U.S. Attorney General*,

*Respondent.*

Petition for Review from an Order of the
Board of Immigration Appeals
Agency No. A216 914 792

PUBLISHED ORDER

Before Smith, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:

The petition for stay of removal is DENIED. Equitable relief—even if it is "temporary" or "short"—is never a matter of right or convenience.[*] *See Nken v. Holder*, 556 U.S. 418, 433–34 (2009).

---

[*] Judge Haynes would grant a short temporary stay of removal to allow time to review this issue.